PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court
for the
District of Alaska

**RECEIVED**

AUG 1 2 2010

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.   Case No.   4:04-CR-008-03

Daniel P. Apassingok

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on August 6, 2010. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**Redacted Signature**    8/6/10

Travis Lyons    Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 12th day of August, 2010.

**REDACTED SIGNATURE**

Ralph R. Beistline
Chief U.S. District Court Judge